# Yolton, Appellant, *v.* Pennsylvania Railroad Company.

Argued October 3, 1951.   Before DREW, C. J., STERN, STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

434

436

*George I. Bloom,* with him *Michael Hanna, J. Salem Flack* and *Bloom, Bloom & Yard,* for appellant.

*Stephen D. Marriner,* with him *Rufus S. Marriner* and *Marriner, Wiley & Marriner,* for appellee.

OPINION PER CURIAM, November 13, 1951:
The judgment of the court below is affirmed upon that part of the opinion of Judge CARSON set forth in the reporter's notes.